UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL ONN,

    Plaintiff(s),

v.

CARRIER GLOBAL CORP, et al.

    Defendant(s).

Case No: 4:21-cv-02188-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, K. Winn Allen, P.C., an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Carrier Global Corp. & Walter Kidde Portable Equip. Inc. in the above-entitled action. My local co-counsel in this case is Ashley E. Littlefield, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Kirkland & Ellis LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | Kirkland & Ellis LLP<br>555 California St. 27th floor<br>San Francisco, CA 94104 |
| My Telephone # of Record:<br>(202) 389-5000 | Local Co-Counsel's Telephone # of Record:<br>(415) 439-1400 |
| My Email Address of Record:<br>winn.allen@kirkland.com | Local Co-Counsel's Email Address of Record:<br>ashley.littlefield@kirkland.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 235645.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 13, 2021

                                            K. Winn Allen, P.C.
                                            APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of K. Winn Allen, P.C. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/19/2021

                                            *Haywood S. Gill Jr.*
                                          UNITED STATES DISTRICT JUDGE